Ex parte Daniel Pellón Lafuente, peticionario.—Admisión al ejercicio de la abogacía. Jun. 3, 1926. Habiendo la Comisión de Reputación rendido al Tribunal Supremo el informe favorable en cuanto a la reputación de Daniel Pellón Lafuente, comparezca el interesado a prestar juramento ante este tribunal en cualquiera de sus sesiones, después de lo cual deberá firmar el libro registro de abogados y expedirse por el secretario el correspondiente certificado de admisión.

Ex parte Lucien Longchamps, peticionario.—Admisión al ejercicio del notariado. Jun. 8, 1926. Vista la sección 2 de la Ley No. 15 de 1914, y apareciendo que no ha transcurrido un período de dos años desde que el peticionario fué admitido por esta corte a la práctica de la abogacía, *no ha lugar* a admitirlo al ejercicio del notariado.

No. 3775.—Muñoz Vázquez, apldo., *v.* Santana, vda. de Bonilla et al., apltes.—C. D. San Juan, Disto. 1º. Cobro de pagaré. Jun. 9, 1926. No encontrándose en el alegato del apelante ningún señalamiento de error referente a la eliminación por la corte inferior de la defensa de prescripción como ahora da por sentado dicho apelante; no habiendo citado jurisprudencia o autoridad alguna para demostrar que el artículo 1739 del Código Civil ahora invocado por primera vez es aplicable, ni tampoco en apoyo de la teoría de que la acción entablada por el fiador que ha pagado la obligación de su principal está prescrita por el transcurso del período de tres años cuando dicha obligación fuera evidenciada por un pagaré a la orden; y tomando en cuenta la cantidad envuelta en relación con la circunstancia de que la sentencia apelada no especifica el tipo de los intereses concedidos, *no ha lugar* a la moción sobre reconsideración.